
FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAY 18 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EITI DAS, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

MONARCH RECOVERY MANAGEMENT, INC.,

Defendant.

Case No. 1:18-cv-00676-KAM-LB

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
May 14, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Joseph A. Hess
Joseph A. Hess, Esq
Marshall Dennehey Warner Coleman & Goggin
88 Pine Street 21st Floor
New York, New York 10005
Tel: (212)376-6438
Fax: (212)376-6490
JAHess@mdwcg.com
*Attorney for Defendant*

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
**Kiyo A. Matsumoto**
**U.S. District Judge**
Brooklyn, NY
May 17, 2018

